FILED
2007 Jan-22 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY J. CABLE, | } |
| | } |
| Petitioner, | } |
| | } |
| v. | }   Case No.: 5:06-CV-4788-RDP-RRA |
| | } |
| THE ALABAMA BOARD OF | } |
| PARDONS AND PAROLES, et al., | } |
| | } |
| Respondents. | } |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation, recommending that the petition be transferred to the United States District Court for the Middle District of Alabama. In response to the report and recommendation, Petitioner "asks the court to proceed on in the transferring of his Habeas Corpus petition" to the Middle District of Alabama. The court has considered the entire file in this action, including the report and recommendation and Petitioner's response to the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be transferred to the United States District Court for the Middle District of Alabama. An appropriate order will be entered.

**DONE** and **ORDERED** this ____22nd____ day of January, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE